**Order entered February 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01541-CR

### ABRAHAM PATRICIO LOPEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-63645-V**

## ORDER

Pending is appellant's motion for leave to file a supplemental brief. The motion is

**GRANTED**. Appellant's supplemental brief is ordered filed in the above cause.

/Lana Myers/
LANA MYERS
JUSTICE